UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)    3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

The **Member Actions** Subject to the Parties' Stipulation of Dismissal (**MDL 2100 Doc. 3585**) and Identified in Exhibit 1 Attached Thereto (**MDL 2100 Doc. 3585-1**)

## JUDGMENT IN A CIVIL CASE

**HERNDON, District Judge:**

**DECISION BY COURT.** The member actions identified in Exhibit 1 to the parties' stipulation of dismissal (MDL 2100 Doc. 3585-1) are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on December 22, 2014 (MDL 2100 Doc. 3585), and the Court's Order acknowledging the same (MDL 2100 Doc. 3589), the member actions identified in Exhibit 1 to the parties' stipulation of dismissal (Doc. 3585-1) are **DISMISSED** with prejudice. Each party shall bear their own costs.

Date: December 31, 2014

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: __/s/*Cheryl A. Ritter*__
             Deputy Clerk

APPROVED:

David R. Herndon
2014.12.31 07:24:57 -06'00'

DISTRICT JUDGE
U. S. DISTRICT COURT